**No. 47440.**—Protest 63910–K of Rolls Razor, Inc. (New York).

Opinion by DALLINGER, J. In accordance with the stipulated facts and on the authority of Abstract 44312 the protest was sustained.

**No. 47441.**—Protest 68221–K of Dan Brechner & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 47141 the articles in question were held dutiable at the rate of 3 cents per pound but not less than 22½ nor more than 45 percent ad valorem under the provision for "articles or wares not specially provided for, if composed wholly or in chief value of lead, but not plated with platinum, gold, or silver, or colored with gold lacquer, whether wholly or partly manufactured" in paragraph 397 as modified by T. D. 49753, as claimed.

**No. 47442.**—Protest 922598–G of Sears, Roebuck & Co. (Boston).

Opinion by DALLINGER, J. The claim at ⁵⁄₁₀ of 1 cent per pound under paragraph 331 was sustained in accordance with stipulation of counsel.

**No. 47443.**—Petition 6174–R of Crosse & Blackwell Co. (Baltimore).

Opinion by DALLINGER, J. It appeared from the testimony of the customs broker that he followed the usual procedure of submitting these entries to the examiner and he was advised that the invoice values were correct but that if any other information were received he would have an opportunity to amend the entries. The merchandise was appraised as entered. The collector appealed. The importer did not contest the appeal but agreed that the higher values prevailed. A member of the petitioning corporation also testified as to the instructions given to the broker directing him to make the proper entry, and also that this was the first instance in many years where a petition for remission of additional duties has had to be filed. The examiner testified in behalf of petitioner that he had handled most of this firm's entries for the last 20 years and that during that time he had always found them willing to give any desired information and that he was satisfied there was no intent to defraud the revenue of the United States. On the record presented the petition was granted.